UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

GARY MIZER,

   Plaintiff,

-vs-                                       CASE NO.: 3:18-cv-00436-jdp

CAPITAL ONE BANK, N.A., and
PORTFOLIO RECOVERY
ASSOCIATES, L.L.C.,

   Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Gary Mizer, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 23rd day of July, 2018 to: Erin L. Hoffman, Esquire, Faegre Baker Daniels, LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402 (erin.hoffman@faegrebd.com).

                                              */s/Frank H. Kerney, III, Esquire*
                                              Frank H. Kerney, III, Esquire
                                              Florida Bar #: 88672
                                              Morgan & Morgan, Tampa, P.A.
                                              One Tampa City Center
                                              201 North Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Telephone: (813) 223-5505
                                              Facsimile: (813) 223-5402
                                              fkerney@forthepeople.com
                                              snazario@forthepeople.com
                                              lrobbins@forthepeople.com
                                              *Counsel for Plaintiff*