UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

GARY MIZER,

  Plaintiff,                                CASE NO.:  3:18-CV-436

-vs-

CAPITAL ONE BANK, N.A., and
PORTFOLIO RECOVERY
ASSOCIATES, L.L.C.,

  Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Gary Mizer, and the Defendants, Capital One Bank, N.A., and Portfolio Recovery Associates, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above-styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 28th day of September, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Erin L. Hoffman, Esquire* |
| Frank H. Kerney, III, Esquire | Erin L. Hoffman, Esquire |
| Florida Bar #: 88672 | Minnesota Bar #: 0387835 |
| Morgan & Morgan, Tampa, P.A. | Faegre Baker Daniels LLP |
| One Tampa City Center | 2200 Wells Fargo Center |
| 201 North Franklin Street, 7th Floor | 90 Seventh Street |
| Tampa, FL 33602 | Minneapolis, MN 55402 |
| Telephone: (813) 223-5505 | Telephone: (612) 766-7000 |
| Facsimile:  (813) 223-5402 | Facsimile:  (612) 766-1600 |
| fkerney@forthepeople.com | erin.hoffman@faegrebd.com |
| snazario@forthepeople.com | *Counsel for Defendant, Capital One Bank* |
| *Counsel for Plaintiff* | |
| | */s/Steven R. Zahn, Esquire* |

Steven R. Zahn, Esquire
PRA Group, Inc.
130 Corporate Boulevard
Norfolk, VA 23502
Telephone: (752) 321-2512
*Counsel for Defendant, Portfolio Recovery Associates*